UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E., a minor, by and through his guardian ad litem, LAURA HUTCHINSON-ESCOBEDO; CHRISTOPHER ESCOBEDO; and LAURA HUTCHINSON-ESCOBEDO<br><br>Plaintiffs<br><br>v.<br><br>NORRIS SCHOOL DISTRICT,<br><br>Defendant | CASE NO. 1:20-CV-1291 AWI JLT<br><br>ORDER RE: MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>(Doc. 4) |

Plaintiff Laura Hutchison-Escobedo has filed a motion seeking to be appointed guardian ad litem for her child E.E. who is 7 years old. Doc. 4. Fed. R. Civ. Proc. 17(c)(1)(A) allows a "general guardian" to "sue or defend on behalf of a minor" without the appointment of a guardian ad litem. Case law has made clear that "[A] parent is a guardian who may so sue." Doe v. Weed Union Elementary Sch. Dist., 2013 U.S. Dist. LEXIS 82850, *1 (E.D. Cal. June 12, 2013), quoting Cmtys. for Equity v. Mich. High Sch. Athletic Ass'n, 26 F. Supp. 2d 1001, 1006 (W.D. Mich. 1998). However, in an abundance of caution, the motion is granted.

IT IS SO ORDERED that Laura Hutchison-Escobedo is appointed guardian ad litem for her child, E.E., a minor, in this action.

IT IS SO ORDERED.

Dated:   September 15, 2020                    _____
                                                SENIOR DISTRICT JUDGE