# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.E., a minor, by and through his guardian ad litem, LAURA HUTCHINSON-ESCOBEDO; CHRISTOPHER ESCOBEDO; and LAURA HUTCHINSON-ESCOBEDO**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**NORRIS SCHOOL DISTRICT,**<br><br>**Defendant** | **CASE NO. 1:20-CV-1291 AWI JLT**<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

On Tuesday, September 15, 2020, this court issued a temporary restraining order directing Defendant Norris School District to continue implementing the IEP for Plaintiff E.E. formulated on November 27, 2018. Doc. 8.  The TRO expires on September 29, 2020.

On Monday, September 28, 2020, a hearing was held on whether to issue a preliminary injunction.  During the hearing, defendant's counsel raised a new legal theory that was not contained in the briefing submitted by the parties.  In order to allow full consideration of the argument, a schedule for additional briefing has been set and a second hearing is scheduled for Friday, October 2, 2020.  Therefore, pursuant to Fed. R. Civ. Proc. 65(b)(2), the existing TRO shall be extended until 4:00 PM on Monday, October 5, 2020.

IT IS SO ORDERED.

Dated:   September 28, 2020                    _____

                                                                              SENIOR  DISTRICT  JUDGE