# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.E., a minor, by and through his guardian ad litem, LAURA HUTCHINSON-ESCOBEDO; CHRISTOPHER ESCOBEDO; and LAURA HUTCHINSON-ESCOBEDO**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**NORRIS SCHOOL DISTRICT,**<br><br>**Defendant** | **CASE NO. 1:20-CV-1291 AWI JLT**<br><br>**ORDER SEALING DOCUMENT 17-1** |

Defendant Norris School District filed the January 22, 2020 IEP of Plaintiff E.E. as an attachment to legal briefing on September 30, 2020.  In the docket, it is Document 17-1.  The IEP was unredacted and included E.E.'s full name.  E.E. is a minor.  In general, there is a "very strong privacy interest" in protecting the personal information of a minor. Jenkins v. Wash. Metro. Area Transit Auth., 960 F. Supp. 2d 2, 16 (D.D.C. 2013).  For this reason, Document 17-1 is ordered SEALED so that it is only accessible by the court and the parties to this case.

IT IS SO ORDERED.

Dated:   October 2, 2020                          _____
                                                                SENIOR  DISTRICT  JUDGE