STEPHANIE VIRREY GUTCHER (SBN 277833)
MELISSA D. ALLEN (SBN 195896)
SCHOOLS LEGAL SERVICE
1300 - 17th Street, 7th Floor (93301)
Post Office Box 2445
Bakersfield, California  93303
Telephone:   661/636-4830
Facsimile:    661/636-4843
E-mail:         sls@kern.org

Attorneys for Defendant/Counter-Plaintiff Norris School District

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E., a minor, by and through his guardian ad litem, LAURA HUTCHISON-ESCOBEDO; CHRISTOPHER ESCOBEDO and LAURA ESCOBEDO,<br><br>       Plaintiffs,<br><br>    vs.<br><br>NORRIS SCHOOL DISTRICT,<br><br>       Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:20-cv-01291-AWI-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING RESPONSE DATE TO FIRST AMENDED COMPLAINT**<br>**(Doc. 37)** |

**IT IS HEREBY STIPULATED** by and between counsel for Defendant/Counter-Plaintiff Norris School District ("District") and counsel for E.E., a minor, by and through his Guardian ad Litem Laura Hutchison-Escobedo ("Student"), Christopher Escobedo and Laura Hutchison-Escobedo (hereafter "Plaintiffs/Counter-Defendants") that the District's responsive pleading to Plaintiffs/Counter-Defendants First Amended Complaint be re-set to December 4, 2020.

This request is made due to the parties' anticipation of the Court's decision of the pending Motion to Dismiss, which may impact the parties' responses concerning Defendant/Counter-Plaintiff's second counterclaim.

SCHOOLS LEGAL SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

1

Case No. 1:20-cv-01291-AWI-JLT                                                         Joint Stip-Extend Time Respond to 1st Amended Complaint

Defense counsel and opposing counsel have agreed to this extension.

**IT IS SO STIPULATED.**

SCHOOLS LEGAL SERVICE

Dated: November 23, 2020         By: *Stephanie Virrey Gutcher*
                                 **STEPHANIE VIRREY GUTCHER**
                                 Attorneys for Defendant/Counter-Plaintiff Norris School District

CALIFORNIA JUSTICE PROJECT

Dated: November 23, 2020         By: *Goriune Dudukgian*
                                 **GORIUNE DUDUKGIAN**
                                 Attorneys for Plaintiffs/Counter-Defendants E.E., a minor, by and through his Guardian ad Litem Laura Hutchison-Escobedo, Christopher Escobedo and Laura Hutchison-Escobedo

**O R D E R**

IT IS SO ORDERED.

Dated:   **November 23, 2020**            /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

SCHOOLS LEGAL SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

2

Case No. 1:20-cv-01291-AWI-JLT              Joint Stip-Extend Time Respond to 1st Amended Complaint