STEPHANIE VIRREY GUTCHER (SBN 277833)
MELISSA D. ALLEN (SBN 195896)
SCHOOLS LEGAL SERVICE
1300 - 17th Street, 7th Floor (93301)
Post Office Box 2445
Bakersfield, California  93303
Telephone:   661/636-4830
Facsimile:    661/636-4843
E-mail:         sls@kern.org

Attorneys for Defendant/Counter-Plaintiff Norris School District

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E., a minor, by and through his guardian ad litem, LAURA HUTCHISON-ESCOBEDO; CHRISTOPHER ESCOBEDO and LAURA ESCOBEDO,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NORRIS SCHOOL DISTRICT,<br><br>　　　　　Defendant.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No. 1:20-cv-01291-AWI-JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE**<br>(Doc. 44) |

**COME NOW,** counsel for Defendant/Counter-Plaintiff Norris School District ("District") and counsel for E.E., a minor, by and through his Guardian ad Litem Laura Hutchison-Escobedo ("Student"), Christopher Escobedo and Laura Hutchison-Escobedo (hereafter "Plaintiffs/Counter-Defendants") hereby file this Joint Stipulation and [Proposed] Order Requesting Continuance of the Mandatory Scheduling Conference currently scheduled for February 17, 2021 at 9:30 a.m. to April 14, 2021 at 9:30 a.m., 510 19th Street, Bakersfield, California before Magistrate Judge Jennifer L. Thurston.

　　　This request is made due to the parties' anticipation of the Court's decision of the pending Motions to Dismiss, which may further impact the parties' positions in this matter.

SCHOOLS
LEGAL
SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

1

Case No. 1:20-cv-01291-AWI-JLT　　　　　　　　　　　　　　　Joint Stip to Reschedule Mandatory Scheduling Conf.

Defense counsel and opposing counsel have agreed to this continuance.

**IT IS SO STIPULATED.**

                                        SCHOOLS LEGAL SERVICE

Dated: January 21, 2021                    By: *Stephanie Virrey Gutcher*
                                          **STEPHANIE VIRREY GUTCHER**
                                          Attorneys for Defendant/Counter-Plaintiff Norris School District

                                        CALIFORNIA JUSTICE PROJECT

Dated: January 21, 2021                    By: *Goriune Dudukgian*
                                          **GORIUNE DUDUKGIAN**
                                          Attorneys for Plaintiffs/Counter-Defendants E.E., a minor, by and through his Guardian ad Litem Laura Hutchison-Escobedo, Christopher Escobedo and Laura Hutchison-Escobedo

## ORDER

The Court **GRANTS** the stipulation and CONTINUES the scheduling conference to April 14, 2021 at 9:30 a.m.

IT IS SO ORDERED.

    Dated:  **January 24, 2021**                  /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE

SCHOOLS LEGAL SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

2

Case No. 1:20-cv-01291-AWI-JLT                                  Joint Stip to Reschedule Mandatory Scheduling Conf.