Goriune Dudukgian (SBN 218714)
**California Justice Project**
225 S. Lake Ave., Suite 300
Pasadena, CA 91101
Tel: (626) 432-7243
Fax: (866) 813-8645
Email: gdudukgian@cjp-law.com

Attorneys for Plaintiffs E.E., Laura Hutchinson-Escobedo and Christopher Escobedo

Melissa D. Allen (SBN 195896)
**Schools Legal Service**
1300 17th Street, 7th Floor (93301)
P.O. Box 2445
Bakersfield, CA 93303
Tel: (661) 636-4830
Fax: (661) 636-4843
Email: sls@kern.org

Attorneys for Defendant Norris School District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E., a minor, by and through his guardian ad litem, LAURA HUTCHINSON-ESCOBEDO; CHRISTOPHER ESCOBEDO; and LAURA HUTCHINSON-ESCOBEDO, <br><br>       Plaintiffs/Counter-Defendants, <br><br> vs. <br><br><br> NORRIS SCHOOL DISTRICT, <br><br>       Defendant/Counter-Plaintiff. | CASE NO. 1:20-CV-01291-AWI-BAK |

### STIPULATION AND ORDER EXTENDING DEADLINE FOR COMPENSATORY EDUCATION HOURS AWARDED BY ALJ

STIPULATION AND ORDER RE: COMPENSATORY EDUCATION - 1

WHEREAS Plaintiff E.E. was awarded a total of 195 compensatory education hours in the Decision issued by Administrative Law Judge ("ALJ") Adrienne L. Krikorian on September 2, 2020 in the underlying due process proceeding;

WHEREAS the Decision requires the compensatory education hours to be used by June 30, 2022, and any unused hours remaining on July 1, 2022 will be forfeited;

WHEREAS Plaintiff E.E. will not be able to fully access the ALJ's award of compensatory education by the current deadline of June 30, 2022, due to various issues involving the COVID-19 pandemic;

WHEREAS the parties now desire to extend the deadline by which the compensatory education hours awarded by the ALJ must be used;

WHEREAS the parties are currently engaged in cross-appeals of certain portions of the ALJ's Decision in the above-captioned proceeding;

WHEREAS the parties understand that this stipulation is intended only to give Plaintiff E.E. an additional six months to access his compensatory education award and does not otherwise affect the cross-appeals currently pending before this Court.

WHEREFORE the parties, by and through their respective counsel of record, and hereby stipulate and agree as follows:

1.      Plaintiff E.E. shall have until December 31, 2022 to use the compensatory education hours awarded by the ALJ in the underlying due process proceeding.

2.      Any unused remaining hours remaining on January 1, 2023 will be forfeited.

3.      Plaintiffs shall not assert any new educationally-related claims against Defendant or file a complaint with the California Department of Education related solely to the use of the compensatory education hours within the time limits ordered in the September 2, 2020 Decision by ALJ Krikorian.

4.     This stipulation does not constitute, nor shall it be construed as, an admission of liability by any party for any purpose. Nor shall this stipulation alone confer "prevailing party" status on any party.

RESPECTFULLY SUBMITTED this 31st day of March, 2022.

CALIFORNIA JUSTICE PROJECT
Attorneys for Plaintiffs/Counter-Defendants


By: _/s/ Goriune Dudukgian_____
       Goriune Dudukgian, SBN 218714

SCHOOLS LEGAL SERVICE
Attorney for Defendant/Counter-Plaintiffs

By:  _Melissa D. Allen_____
       Melissa D. Allen, SBN 195896


**ORDER**


IT IS SO ORDERED.

Dated:  _April 1, 2022_        _____

                                                SENIOR  DISTRICT  JUDGE


STIPULATION AND ORDER RE: COMPENSATORY EDUCATION - 3