# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E., a minor, by and through his guardian ad litem, LAURA HUTCHINSON-ESCOBEDO; CHRISTOPHER ESCOBEDO; and LAURA HUTCHINSON-ESCOBEDO,<br><br>Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>NORRIS SCHOOL DISTRICT,<br><br>Defendant/Counter-Plaintiff. | CASE NO. 1:20-CV-01291-AWI-JLT |

### SECOND STIPULATION AND ORDER EXTENDING DEADLINE FOR COMPENSATORY EDUCATION HOURS AWARDED BY ALJ

WHEREAS, Plaintiff E.E. was awarded a total of 195 compensatory education hours in the Decision issued by Administrative Law Judge ("ALJ") Adrienne L. Krikorian on September 2, 2020, in the underlying due process proceeding;

WHEREAS, the Decision required the compensatory education hours to be used by June 30, 2022, and any unused hours remaining on July 1, 2022, will be forfeited;

WHEREAS, Plaintiff E.E. was not able to fully access the ALJ's award of compensatory education by the original deadline of June 30, 2022, due to various issues involving the COVID-19 pandemic;

STIPULATION AND ORDER RE: COMPENSATORY EDUCATION - 1

WHEREAS, on March 31, 2022, the parties agreed to an extension of the deadline until December 31, 2022;

WHEREAS, Plaintiff E.E. still has not been able to use the entire amount of compensatory education awarded to him by the current deadline of December 31, 2022;

WHEREAS, the parties now desire to extend the deadline by which the compensatory education hours awarded by the ALJ must be used;

WHEREAS, the parties are currently engaged in cross-appeals of certain portions of the ALJ's Decision in the above-captioned proceeding; and

WHEREAS, the parties understand that this stipulation is intended only to give Plaintiff E.E. an additional five months to access his compensatory education award and does not otherwise affect the cross-appeals currently pending before this Court.

WHEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff E.E. shall have until May 31, 2023, to use the compensatory education hours awarded by the ALJ in the underlying due process proceeding.

2. Any unused remaining hours remaining on June 1, 2023, will be forfeited, barring any further agreement by the parties or order from this Court.

3. Plaintiffs shall not assert any new educationally-related claims against Defendant related solely to the use of the compensatory education hours within the time limits ordered in the September 2, 2020 Decision by ALJ Krikorian.

4. This stipulation does not constitute, nor shall it be construed as, an admission of liability by any party for any purpose. Nor shall this stipulation alone confer "prevailing party" status on any party.

RESPECTFULLY SUBMITTED this 10th day of January, 2023.

CALIFORNIA JUSTICE PROJECT
Attorneys for Plaintiffs/Counter-Defendants

STIPULATION AND ORDER RE: COMPENSATORY EDUCATION - 2

By: /s/ Goriune Dudukgian
    Goriune Dudukgian, SBN 218714

SCHOOLS LEGAL SERVICE
Attorneys for Defendant/Counter-Plaintiff

By: /s/ Melissa D. Allen
    Melissa D. Allen, SBN 195896

**ORDER**

IT IS SO ORDERED.

Dated: February 13, 2023

_____
SENIOR DISTRICT JUDGE