UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E., a minor, by and through his guardian ad litem, LAURA HUTCHINSON-ESCOBEDO; CHRISTOPHER ESCOBEDO; and LAURA HUTCHINSON-ESCOBEDO<br><br>Plaintiffs,<br><br>v.<br><br>NORRIS SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:20-cv-01291-ADA-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND APPROVING MOTION FOR MINOR'S COMPROMISE<br><br>(ECF Nos. 98, 99) |

Pending before the Court is the motion of Plaintiff E.E. ("Plaintiff"), a minor, by and through his parent and guardian ad litem, Laura Hutchinson-Escobedo, for approval of the Parties' proposed settlement of Plaintiff's damage claims pursuant to Federal Rule of Civil Procedure 17(c) and Local Rule 202(b). (ECF No. 98.) This matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2023, the assigned Magistrate Judge issued findings and recommendations to approve Plaintiff's proposed settlement of E.E.'s damage claims pursuant to Federal Rule of Civil Procedure 17(c) and Local Rule 202(b). (ECF No. 99.) The Court served the findings and recommendations and gave the Parties fourteen days to file objections thereto. (*Id*. at 8.) As of the date of this Order, more than fourteen days have passed, and no objections have been filed. The

findings and recommendations advised the Parties that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 28, 2023, (ECF No. 99), are ADOPTED in FULL;
2. The motion for approval of minor's compromise filed on August 11, 2023, (ECF No. 98), is GRANTED; and
3. The Parties are ordered to file a stipulation for dismissal of the action with prejudice, and lodge a separate order, no later than 45 days after the issuance of this Order.

IT IS SO ORDERED.

Dated:   October 18, 2023

UNITED STATES DISTRICT JUDGE

2